# United States Bankruptcy Court
Eastern District of North Carolina Greenville Division

2002461
PALMER E. HUFFSTETLER, III
SOSNA LAW OFFICES, PLLC
3031 ZEBULON RD
ROCKY MOUNT, NC 27804

IN RE
DIYRONE SOLOMON
183 HAVEN DRIVE

ROANOKE RAPIDS, NC 27870
SSN or Tax I.D. XXX-XX-2114

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Other Names Used:

CLAIM NO:  -Court-A                     U.S.

## OBJECTION TO CONFIRMATION

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

1.) The Debtor has failed to file required pre-petition tax returns
in accordance with §§ 1308, 1325(a)(9).
2.) The Plan is underfunded and not feasible in accordance with § 1325(a)(6).

Wherefore, the Chapter 13 Trustee objects to confirmation of the Chapter 13 Plan as proposed and requests that that the court conduct a hearing on Trustee's objection.

DATED: August 31, 2020                    /S/ Joseph A. Bledsoe, III

                                          Joseph A. Bledsoe, III
                                          Chapter 13 Trustee

# CERTIFICATE OF MAILING

0015

| | | | |
|---|---|---|---|
| CASE: 2002461 | TRUSTEE: 2V | COURT: 278 | Page 1 of 1 |
| TASK: 08-28-2020.01316840.BLB018 | | DATED: 08/31/2020 | |

Court				Served Electronically

Trustee			Joseph A. Bledsoe, III			P.O. Box 1618
									New Bern, NC 28563

Debtor			DIYRONE SOLOMON			183 HAVEN DRIVE
									ROANOKE RAPIDS, NC 27870

799	000002	PALMER E. HUFFSTETLER, III		SOSNA LAW OFFICES, PLLC
			3031 ZEBULON RD			ROCKY MOUNT, NC 27804

4 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 08/31/2020.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   08/31/2020   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail